UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 08-23439-CV-MORENO

CHANEL, INC., and
LOUIS VUITTON MALLETIER, S.A.,

    Plaintiffs,

v.

DROR KRISPIN and ANTONIO DONANI,
individually and jointly, d/b/a
SOFIASREPLICA.COM,
7STARHANDBAGS.COM, AMATORY.BIZ,
AMATORYWATCHES.COM, BASICREPLICA.COM,
COPYHANDBAGS.COM, DOCTORREPLICA.COM,
GRANDJEWELLERY.COM, MYSILVERCITY.COM,
MYSILVERCITY.NET, REPLICASUNGLASSES.NET,
REPLICAWATCHCITY.COM, EREPLICA.NET,
REPLICADREAM.NET, TIMEREPLICA.NET,
MARSELE.COM, DREAMJEWELRY.NET
and DOES 1-10,

    Defendants.                                        /

## PERMANENT INJUNCTION

THIS CAUSE having come before the Court on Plaintiffs, Chanel, Inc. ("Chanel") and Louis Vuitton Malletier, S.A.'s ("Louis Vuitton") (collectively "Plaintiffs") Memorandum of Points and Authorities in Support of Damages against Defendants Dror Krispin and Antonio Donani, individually and jointly d/b/a sofiasreplica.com, 7starhandbags.com, amatory.biz, amatorywatches.com, basicreplica.com, copyhandbags.com, doctorreplica.com, grandjewellery.com, mysilvercity.com, mysilvercity.net, replicawatchcity.com, replicasunglasses.net, ereplica.net, replicadream.net, timereplica.net, marsele.com, and dreamjewelery.net (collectively the "Defendants"), the Court having granted the Motion, it is hereby:

1

ADJUDGED that Defendants Dror Krispin and Antonio Donani, and their respective officers, agents, servants, employees and attorneys, and all persons in active concert and participation with them are hereby restrained and enjoined from:

(a) manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods using the Chanel and Louis Vuitton Marks;

(b) using the Chanel and Louis Vuitton Marks in connection with the sale of any unauthorized goods;

(c) using any logo, and/or layout which may be calculated to falsely advertise the services or products of sofiasreplica.com, 7starhandbags.com, amatory.biz, amatorywatches.com, basicreplica.com, copyhandbags.com, doctorreplica.com, grandjewellery.com, mysilvercity.com, mysilvercity.net, replicawatchcity.com, replicasunglasses.net, ereplica.net, replicadream.net, timereplica.net, marsele.com, and dreamjewelery.net, and/or any other website or business, as being sponsored by, authorized by, endorsed by, or in any way associated with Chanel and Louis Vuitton;

(d) falsely representing herself as being connected with Chanel and Louis Vuitton, through sponsorship or association;

(e) engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Dror Krispin and Antonio Donani, sofiasreplica.com, 7starhandbags.com, amatory.biz, amatorywatches.com, basicreplica.com, copyhandbags.com, doctorreplica.com, grandjewellery.com, mysilvercity.com, mysilvercity.net, replicawatchcity.com, replicasunglasses.net, ereplica.net, replicadream.net, timereplica.net,

marsele.com, and dreamjewelery.net, and/or any other website or business, are in any way endorsed by, approved by, and/or associated with Chanel and Louis Vuitton;

(f) using any reproduction, counterfeit, copy, or colorable imitation of the Chanel and Louis Vuitton Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Dror Krispin and Antonio Donani, sofiasreplica.com, 7starhandbags.com, amatory.biz, amatorywatches.com, basicreplica.com, copyhandbags.com, doctorreplica.com, grandjewellery.com, mysilvercity.com, mysilvercity.net, replicawatchcity.com, replicasunglasses.net, ereplica.net, replicadream.net, timereplica.net, marsele.com, and dreamjewelery.net, and/or any other website or business, including, without limitation, handbags, wallets, watches, glasses, hair accessories, key chains, bracelets, earrings, necklaces, rings;

(g) affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods by Dror Krispin and Antonio Donani, sofiasreplica.com, 7starhandbags.com, amatory.biz, amatorywatches.com, basicreplica.com, copyhandbags.com, doctorreplica.com, grandjewellery.com, mysilvercity.com, mysilvercity.net, replicawatchcity.com, replicasunglasses.net, ereplica.net, replicadream.net, timereplica.net, marsele.com, and dreamjewelery.net, and/or any other website or business, as being those of Chanel and Louis Vuitton, or in any way endorsed by Chanel and Louis Vuitton;

(h) offering such goods in commerce;

(i) otherwise unfairly competing with Chanel and Louis Vuitton;

(j) secreting, destroying, altering, removing, or otherwise dealing with the unauthorized products or any books or records which contain any information relating to the importing,

3

manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, renting or displaying of all unauthorized products which infringe the Chanel and Louis Vuitton Marks; and

(k) effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

DONE AND ORDERED in Chambers in Miami, Florida on this ___ day of March, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel and Parties of Record

4