UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 08-23439-CIV-MORENO**

CHANEL INC., a New York corporation and
LOUIS VUITTON MALLETIER, S.A., a foreign
business entity,

    Plaintiffs,
vs.

DROR KRISPIN and ANTONIO DONANI, individually and jointly, d/b/a SOFIASREPLICA.COM, 7STARHANDBAGS.COM, AMATORY.BIZ, AMATORYWATCHES.COM, BASICREPLICA.COM, COPYHANDBAGS.COM, DOCTORREPLICA.COM, GRANDJEWELLERY.COM, MYSILVERCITY.COM, MYSILVERCITY.NET, REPLICASUNGLASSES.NET, REPLICAWATCHCITY.COM, EREPLICA.NET, REPLICADREAM.NET, TIMEREPLICA.NET, MARSELE.COM, DREAMJEWELRY.NET, and DOES 1-10,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND GRANTING MOTION FOR SANCTIONS

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on Plaintiffs' Motion for Additional Sanctions and Contempt **(D.E. No. 29)**, filed on **May 24, 2010**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 50)** on **October 18, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the Magistrate Judge's Report and

Recommendation present and notes that no objections were filed and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 50)** on Plaintiffs' Motion for Additional Sanctions and for Contempt is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiffs' Motion for Additional Sanctions and for Contempt is GRANTED. The Court finds Defendants in contempt and orders the following remedies:

(1) Without prejudice to entering additional sanctions to enforce compliance with the Court's Permanent Injunction, the immediate relief that is ordered to remedy Defendants' continued non-compliance is the immediate transfer to the Plaintiffs of the New Domains as set forth in Magistrate Judge Torres's Report and Recommendation.

(2) In the event, Defendants and/or their current registrars do not facilitate the transfer of the New Domains to Plaintiffs' control within ten (10) days of receipt of this Order, the Registries shall, within thirty (30) days, transfer the domain names to a United States-based Registrar of Plaintiffs' choosing, and that Registrar shall transfer the domain names to Plaintiffs' control.

(3) Defendants and those acting in concert with them, and those with notice of the Permanent Injunction, including any internet search engines including Google, Yahoo!, and Bing, web hosts, domain-name registrars, and domain-name registries that are provided with notice of the Permanent Injunction, shall cease facilitating access to any or all websites through which Defendants engage in the sale of counterfeit and infringing goods using

Plaintiffs' Marks.

DONE AND ORDERED in Chambers at Miami, Florida, this /9/ day of November, 2010.

                                                           FEDERICO A. MORENO
                                                          UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Edwin G. Torres

Counsel of Record